**RKS LLP**
Lawrence M. Rolnick (*pro hac vice*)
Michael J. Hampson (*pro hac vice*
Richard A. Bodnar (*pro hac vice*)
PENN 1, Suite 3401
One Pennsylvania Plaza
New York, New York 10119
(212) 597-2800
lrolnick@rksllp.com
mhampson@rksllp.com
rbodnar@rksllp.com

*Attorneys for Plaintiffs*

*[Additional Counsel Listed Below]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| HARBOR CAPITAL APPRECIATION FUND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DOCUSIGN, INC., *et al.*,<br><br>Defendants. | CASE NO. 3:25-cv-04681<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(I)** |

TO: THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs, by and through their undersigned counsel, voluntarily dismiss without prejudice the above-captioned action in its entirety.

No Defendant in this action has served either an answer or a motion for summary judgment.

Dated: August 6, 2026

Respectfully Submitted,

**ROLNICK KRAMER SECURITIES LITIGATION LLP**

By: */s/ Michael J. Hampson*
Lawrence M. Rolnick (*pro hac vice*)
Michael J. Hampson (*pro hac vice*)
Richard A. Bodnar (*pro hac vice*)
PENN 1, Suite 3401
One Pennsylvania Plaza
New York, New York 10119
(212) 597-2800
lrolnick@rksllp.com
mhampson@rksllp.com
rbodnar@rksllp.com

**SAWYER & LABAR LLP**
Adrian Sawyer (Bar # 203712)
sawyer@sawyerlabar.com
1700 Montgomery Street, Suite 108
San Francisco, CA 94111
(415) 262-3820

*Attorneys for Plaintiffs*